# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:15-CR-3 |
| | : |
| v. | : (Chief Judge Conner) |
| | : |
| **ANTHONY F. D'AMBROSIO,** | : |
| **ANTONIO DELGADO,** | : |
| | : |
| **Defendants** | : |

## ORDER

AND NOW, this 9th day of May, 2017, upon consideration of the motions (Docs. 198, 204) *in limine* by defendant Anthony F. D'Ambrosio seeking exclusion of government witness Detective John Goshert for noncompliance with the expert witness requirements of Federal Rule of Criminal Procedure 16(a)(1)(G), see FED. R. CRIM. P. 16(a)(1)(G), and exclusion of evidence relating to counterfeit currency, robbery, and impersonating police under Federal Rules of Evidence 401, 403, and 404(b), see FED. R. EVID. 401, 403, 404(b), and the motion (Doc. 208) *in limine* by defendant Antonio Delgado seeking to exclude potentially inculpatory statements under Bruton v. United States, 391 U.S. 123 (1968), and the Sixth Amendment to the United States Constitution, and it appearing that the motions and supporting briefs were filed on April 5 and 6, 2016, and the court noting that the stay of proceedings resulting from the government's interlocutory appeal (Doc. 210) on April 6, 2016 has been lifted by the Third Circuit Court of Appeals' disposition and remand to

this court, (Doc. 272), and that trial in this matter is scheduled to commence with jury selection on July 10, 2017, (Doc. 287), it is hereby ORDERED that:

1. The government shall respond to D'Ambrosio's and Delgado's respective motions (Docs. 198, 204, 208) *in limine* on or before **Wednesday, May 24, 2017**.

2. D'Ambrosio and Delgado may file reply briefs in further support of their respective motions (Docs. 198, 204, 208) *in limine* on or before **Wednesday, May 31, 2017**.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania