IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:15-CR-3 |
| : | |
| v. : | (Chief Judge Conner) |
| : | |
| **ANTHONY D'AMBROSIO,** : | |
| : | |
| **Defendant** : | |

# ORDER

AND NOW, this 29th day of May, 2018, upon consideration of the correspondence (Doc. 507) filed *pro se* by defendant Anthony D'Ambrosio ("D'Ambrosio"), wherein D'Ambrosio purports to object to this court's order (Doc. 504) dated May 15, 2018 and requests, *inter alia*, that the court conduct a hearing and appoint new counsel,[1] and it appearing that D'Ambrosio is presently represented by appointed counsel (Doc. 506) but filed his instant correspondence without assistance therefrom, see United States v. D'Amario, 268 F. App'x 179, 180 (3d Cir. 2008) (collecting cases); see also United States v. Vampire Nation, 451 F.3d 189, 206 n.17 (3d Cir. 2006) (citing United States v. Essig, 10 F.3d 968, 973 (3d Cir. 1993)), it is hereby ORDERED that the requests set forth in D'Ambrosio's correspondence (Doc. 507) are DENIED and his correspondence is STRICKEN from the record without prejudice to his right to refile same with the assistance of

---

[1] The court appointed substitute counsel for D'Ambrosio by order dated May 18, 2018. We presume that D'Ambrosio had not yet received the substitute counsel order when he mailed his instant correspondence on May 21, 2018. Accordingly, we will not construe D'Ambrosio's correspondence as a request for substitute counsel.

counsel or at such time that the court grants D'Ambrosio permission to proceed *pro se* in the above-captioned matter.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania