# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:15-CR-3** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **ANTHONY F. D'AMBROSIO (2),** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 24th day of July, 2020, upon consideration of defendant Anthony F. D'Ambrosio's motions (Docs. 716, 724) for compassionate release and reduction of sentence under 18 U.S.C. § 3582(c)(1)(A)(i), and for the reasons stated in the accompanying memorandum of today's date, it is hereby ORDERED that the motions (Docs. 716, 724) are DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania