# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:15-CR-3 |
| | : |
| v. | : (Judge Neary) |
| | : |
| **ANTHONY F. D'AMBROSIO and** | : |
| **ARMANDO ENRIQUE DELGADO,** | : |
| | : |
| Defendants | : |

## ORDER

AND NOW, this 12th day of August, 2025, upon consideration of the defendants' motions (Doc. 776, 820) to modify the conditions of their supervised release, namely, to eliminate the requirement that they register under the Sex Offenders Registration Act, and the parties' respective briefs in support of and in opposition to their motions, (see Docs. 911, 912, 913), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Anthony F. D'Ambrosio's motion (Doc. 820) is DENIED.

2. Armando Enrique Delgado's motion (Doc. 776) is GRANTED *nunc pro tunc* to April 19th, 2021, and his conditions of supervised is modified by eliminating any obligation to federally register pursuant to the Sex Offenders Registration Act.

/S/ Keli M. Neary
Keli M. Neary
United States District Judge
Middle District of Pennsylvania